Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
Budo Law P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

Eugene Y. Mar
emar@fbm.com
Alex Reese
areese@fbm.com
Laura K. Pedersen
lpedersen@fbm.com
Farella Braun Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorney(s) for Defendant Williams-Sonoma, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAMS-SONOMA, INC.,<br><br>*Defendant*. | CASE NO.: 3:20-cv-00259-JCS<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

1  IT IS HEREBY STIPULATED AND AGREED by Symbology Innovations, LLC ("Symbology") and Williams-Sonoma, Inc. ("Williams-Sonoma") by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedures 41(a)(1), all claims in this action between Symbology and Williams-Sonoma are DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: February 27, 2020

*/s/ Eugene Y. Mar*
Eugene Y. Mar
emar@fbm.com
Alex Reese
areese@fbm.com
Laura K. Pedersen
lpedersen@fbm.com
Farella Braun Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

***Attorney(s) for Defendant Williams-Sonoma, Inc***

Respectfully submitted,

*/s/ Kirk Anderson*
Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW, P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

***Attorney(s) for Plaintiff Symbology Innovations, LLC***

**ATTESTATION**

As the signatory whose ECF login was used for this filing, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

BUDO LAW, P.C.

By:  */s/ Kirk Anderson*
     Kirk. J. Anderson (SBN 289043)
     ***Attorney(s) for Symbology Innovations, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                              */s/ Kirk Anderson*
                                              Kirk J. Anderson (CA SBN 289043)