# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAMS-SONOMA, INC.,<br><br>*Defendant*. | CASE NO.: 3:20-cv-00259-JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

The Stipulation of the parties to dismiss this case WITHOUT prejudice (Dkt. 18) is accepted and approved, and this action is hereby dismissed WITHOUT prejudice, with each party to bear its own attorneys' fees and costs.

SO ORDERED.

Dated: __March 2, 2020__          _____
Honorable Joseph C. Spero
United States Magistrate Judge

1